■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JEREMIAH SMITH, Appellant. [717 NYS2d 66] —Judgment, Supreme Court, New York County (Jeffrey Atlas, J.), rendered November 23, 1999, convicting defendant, upon his plea of guilty, of attempted criminal sale of a controlled substance in the fifth degree, and resentencing him, as a second felony offender, to a term of 1½ to 3 years, nunc pro tunc as of October 21, 1996, unanimously affirmed.

Defendant's right to be sentenced without unreasonable delay (CPL 380.30 [1]) was not violated by the elapse of three years between the original sentencing and resentencing. The procedural error during the prompt initial sentencing did not render that sentence a nullity for purposes of speedy sentencing analysis (see, People v Peterson, 264 AD2d 574, 576, lv denied 94 NY2d 865, cert denied — US —, 121 S Ct 85). In any event, the delay in resentencing resulted from defendant's delay in seeking a remedy for the procedural defect in his original sentence. Concur—Williams, J. P., Tom, Mazzarelli, Rubin and Saxe, JJ.

■ WENDY JARVIS et al., Appellants, v NATION OF ISLAM et al., Defendants, and MOSQUE NUMBER 7 OF THE NATION OF ISLAM, Respondent. [717 NYS2d 65] —Order, Supreme Court, Bronx County (Bertram Katz, J.), entered May 24, 1999, which, in an action for assault and negligence, insofar as appealed from as limited by the briefs, granted defendant-respondent's motion to dismiss the complaint, unanimously affirmed, without costs.

The action, commenced February 1998 and based on a physical altercation that occurred in January 1994, is time-barred. We reject plaintiffs' claim that, since a prior action based on the same events was commenced prior to January 1, 1998 and dismissed for improper service after January 1, 1998, they have a vested right in the 120-day grace period provided in CPLR former 306-b (b), repealed as of January 1, 1998 and applicable to all actions commenced on or after January 1, 1998 (L 1997, ch 476, § 1; see, Chemical Bank v Miller, 269 AD2d 220). Concur—Williams, J. P., Tom, Mazzarelli, Rubin and Saxe, JJ.